UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>PRINCE TELECOM,<br><br>    Defendant. | NO. 2:16-cv-00253-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 14. The parties stipulate that the above-captioned case be dismissed with prejudice and without costs or fees to any party.

    Accordingly, **IT IS ORDERED:**

    1. Pursuant to the parties' Stipulation, the above-captioned case is **dismissed** with prejudice and without costs or fees to any party.

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

    **DATED** this 18th day of November 2016.



                        Stanley A. Bastian
              United States District Judge

**ORDER DISMISSING ACTION ~ 1**